

## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| United States of America<br>　　　　Plaintiff(s)<br><br>　　v.<br><br><br><br>Ebony Harbin<br>　　　　Defendant(s) | Ticket No. #6099777<br><br>Magistrate Judge Susan E. Cox<br><br>**1:19-mc-80005**<br>**Magistrate Judge Susan E. Cox** |

### ORDER

The Clerk of Court is directed to assign a miscellaneous case number to Ticket No. #6099777 issued to Ebony Harbin.

Date: 4/8/2019

_____
U.S. Magistrate Judge, Susan E. Cox